**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 07-MJ-00143-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. ROBERT GEE,**

**Defendant.**

**ORDER QUASHING WARRANT AND GRANTING
DEFENDANT AN EXTENSION OF TIME TO PAY FINE AND RESTITUTION**

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant contacted the Magistrate Judge's office after being contacted by the U. S. Marshal's Service in the State of Wyoming regarding the outstanding warrant for failure to comply with the Judgment of this Court, therefore:

**IT IS HEREBY ORDERED** that the Arrest Warrant for the Defendant is quashed, and

**IT IS FURTHER ORDERED** that the Defendant is granted an extension of time to July 1, 2012 to pay the balance of the $2,000.00 fine and $25.00 special assessment fee and the $1,000.00 in restitution to Mesa Verde National Park. The Defendant had previously been granted an extension of time to pay until July 1, 2009 and failed to pay or contact the Court, therefore, no further extensions of time will be granted.

The Court's records show that the Defendant has paid $50.00 towards his obligations as of the date of this Order.

Defendant shall pay the fine and special assessment fee to the U.S. District Court, P. O. Box 2906, Durango, Colorado 81302 and the restitution payment shall be made out to Mesa Verde National Park and mailed to the same address.

1

**IT IS FURTHER ORDERED** that if the Defendant has not paid in full, he **must appear before the Magistrate Judge, 103 Sheppard Drive, Room 235, Durango, Colorado 81303 on July 3, 2012 at 10:00 a.m.** to show cause as to why he has failed to do so.

**DATED: January 23, 2012.**

                                      **BY THE COURT:**

                                      **s/David L. West**
                                      **United States Magistrate Judge**

---

### CERTIFICATE OF MAILING

---

I hereby certify that on this 23rd day of January, 2012, a true and correct copy of the foregoing Order Quashing Warrant and Granting Extension of Time was placed in the U. S. Mail, postage prepaid to the following:

Robert Gee
P. O. Box 243
Mountain View, Wyoming 82939

                                      **By:** s/Shirley W. Dills
                                            **Assistant to Magistrate Judge**